In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00063-CV

                                                ______________________________

 

 

                      HOPKINS COUNTY HOSPITAL DISTRICT
D/B/A

HOPKINS COUNTY MEMORIAL
HOSPITAL, Appellant

 

                                                                V.

 

                                                LINIE RAY, Appellee

 

 

                                                                                                  


 

 

                                       On Appeal from the 62nd
Judicial District Court

                                                           Hopkins County, Texas

                                                          Trial Court
No. CV38237

 

                                                                                                   

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                        Memorandum Opinion by Chief Justice Morriss








                                                     MEMORANDUM 
OPINION

 

            Appellant, Hopkins County Hospital
District, d/b/a Hopkins County Memorial Hospital, has filed with this Court an
agreed motion to dismiss the pending appeal in this matter.  Appellant represents to this Court that the
parties have reached a full and final settlement.  In such a case, no real controversy exists,
and in the absence of a controversy, the appeal is moot.

            We grant the motion and dismiss this
appeal.

 

 

                                                                        Josh
R. Morriss, III

                                                                        Chief
Justice

 

Date Submitted:          August
31, 2010

Date Decided:             September
1, 2010